IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ERICA NICOLE FOMBY,**

    *Plaintiff,*

v.                                      Case No.: 1:25cv297-MW/MAF

**UNIVERSITY OF FLORIDA ATHLETICS,**

    *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections, ECF No. 8.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 6, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED for failure to state a claim** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)–(iii)." The Clerk shall close the file.

**SO ORDERED on October 29, 2025.**

                                               **s/Mark E. Walker**
                                               **United States District Judge**